# VULLINGS LAW GROUP, LLC

Attorneys At Law

3953 RIDGE PIKE
SUITE 102
COLLEGEVILLE, PENNSYLVANIA 19426
(610) 489-6060
(610) 489-1997 FAX

BRENT F. VULLINGS

Admitted in PA, NJ, NY & DC

bvullings@vullingslaw.com

November 19, 2013

Honorable Michael M. Baylson
United States Courthouse
601 Market Street, Room 3810
Philadelphia, PA 19106

      Re:    **Council Tutt v. GC Services, LP**
              **No. 2:13-cv-05638-MMB**

Your Honor:

    Kindly be advised the above referenced matter has been settled. We are waiting for circulation of the proposed release in order to finalize the settlement.

    Thank you for your time in this matter.

                                            Sincerely,

                                            Brent F. Vullings, Esq.

BFV:aa