UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| COUNCIL TUTT | ) |
| Plaintiff | ) Case Number 2:13-cv-05638-MMB |
| vs. | ) |
| GC SERVICES, LP | ) |
| Defendant | ) |

## STIPULATION OF DISMISSAL

AND NOW, this 4th day of December 2013, it is hereby Stipulated and Agreed by and between counsel for plaintiff and counsel for defendant, GC Services, LP, that the above captioned matter be dismissed with prejudice. All parties shall bear their own costs and attorney's fees.

Vullings Law Group, LLC

BY: /s/ *Brent F. Vullings*
Brent F. Vullings, Esquire
Attorney for Plaintiff

Fineman, Krekstein & Harris, P.C.

BY: /s/ *Richard J. Perr*
Richard J. Perr, Esquire
Attorney for Defendant

12/4/13　J.